IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC. <br><br> Plaintiffs, <br><br> v. <br><br> EUGIA PHARMA SPECIALITIES LTD., AUROBINDO PHARMA LTD., and AUROBINDO PHARMA U.S.A., INC., <br><br> Defendants. | Civil Action No. 19-2309-CFC |
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC. <br><br> Plaintiffs, <br><br> v. <br><br> ACCORD HEALTHCARE INC., <br><br> Defendant. | Civil Action No. 19-2321-CFC |

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC.<br><br>      Plaintiffs,<br><br>  v.<br><br>MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS, INC.,<br><br>      Defendants. | Civil Action No. 19-2342-CFC-JLH |
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC.<br><br>      Plaintiffs,<br><br>  v.<br><br>NATCO PHARMA LTD. and NATCO PHARMA, INC.<br><br>      Defendants. | Civil Action No. 19-2368-JLH |

## **ORDER**

At Wilmington this Fifteenth day of August in 2023:

2

**IT IS HEREBY ORDERED** that the parties shall submit no later than August 22, 2023, a proposed order by which the Court may enter final judgment consistent with the Opinion issued this day.

_____
CHIEF JUDGE