# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., | ) ) ) |
| Plaintiffs, | ) ) C.A. No. 19-cv-2321-JLH |
| v. | ) ) ANDA CASE |
| ACCORD HEALTHCARE INC. and INTAS PHARMACEUTICALS LTD., | ) ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ethan H. Townsend of the firm McDermott Will & Emery LLP hereby enters his appearance as counsel for plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc., in the above-captioned action.

McDermott Will & Emery LLP

/s/ *Ethan H. Townsend*
Ethan H. Townsend (#5813)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, DE 19801
Tel: (302) 485-3911
ehtownsend@mwe.com

*Attorneys for Plaintiffs*
*Taiho Pharmaceutical Co., Ltd. and*
*Taiho Oncology, Inc.*

Dated: December 12, 2024