# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., ) ) ) | |
| Plaintiffs, ) | C.A. No. 19-cv-2321-JLH |
| ) | |
| v. ) | ANDA CASE |
| ) | |
| ACCORD HEALTHCARE INC. and INTAS PHARMACEUTICALS LTD., ) ) ) | |
| Defendants. ) ) | |

## **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5, and the attached certification, counsel moves the admission *pro hac vice* of Timothy P. Best, Ph.D., of McDermott Will & Emery LLP, 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206 to represent plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc., in this matter.

|  | **MCDERMOTT WILL & EMERY LLP** |
|---|---|
|  | /s/ *Ethan H. Townsend* |
|  | Ethan H. Townsend (#5813) |
|  | The Brandywine Building |
|  | 1000 N. West Street, Suite 1400 |
|  | Wilmington, DE 19801 |
|  | Tel: (302) 485-3911 |
|  | ehtownsend@mwe.com |
| Dated: December 13, 2024 | *Attorneys for Plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc.* |

## **ORDER GRANTING MOTION**

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* of Timothy P. Best, Ph.D., is granted.

_____
United States District Court Judge

Dated: _____

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: December 13, 2024         /s/ *Timothy P. Best, Ph.D.*
                                 Timothy P. Best, Ph.D.
                                 McDermott Will & Emery LLP
                                 2049 Century Park East, Suite 3200
                                 Los Angeles, CA 90067-3206
                                 Phone: (310) 551-9321
                                 Email: tbest@mwe.com